IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHERYL A. MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:05-1105-T/An |
| | ) |
| JOHN E. POTTER, Postmaster General | ) |
| UNITED STATES POSTAL SERVICE | ) |
| and MAXINE NIXON | ) |
| | ) |
| Defendant. | ) |

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**   August 12, 2005

**JOINING PARTIES**:

    for Plaintiff:    September 29, 2005
    for Defendant:    September 29, 2005

**AMENDING PLEADINGS**:

    for Plaintiff:    September 29, 2005
    for Defendant:    September 29, 2005

**COMPLETING ALL DISCOVERY**:

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS**:   March 28, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on _07-26-05_

(b) **EXPERT DISCLOSURE (Rule 26(a)(2)):**
(i)  Plaintiff's Experts:         January 27, 2006
(ii) Defendant's Experts:      February 28, 2006
(iii) Supplementation under Rule 26(e): 10 days after Defendant's disclosure

(c) **DEPOSITIONS OF EXPERTS**:   March 28, 2006

**FILING DISPOSITIVE MOTIONS:**   March 20, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

(a) for Plaintiff:     April 25, 2006
(b) for Defendant:   May 10, 2006

Parties shall have ten (10) days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last four (4) days and is **SET** for **JURY TRIAL** on **June 19, 2006.** A joint pre-trial order is due on **Friday, June 9, 2006.** In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>***

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 25, 2005

APPROVED FOR ENTRY:

Pentecost, Glenn & Rudd, PLLC

Jon A. York (BPR #023106)
Attorney for Plaintiff
106 Stonebridge
Phone: 731 668-5995
Fax: 731-668-7163


Terrell L. Harris
United States Attorney

By: Harriet Halmon with permission Jon York
Harriett Miller Halmon
Assistant U. S. Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01105 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Harriett Miller Halmon
167 North Main, Suite 800
Memphis, TN 38103

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT